UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PEACH.COM, LLC, a Delaware limited liability company; and LEVINSON MANAGEMENT GROUP LLC, a Florida limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>PEACHLY, LLC, a Nevada limited liability company; and KERIM ERAVCI, an individual,<br><br>    Defendants. | Case No. 1:21-cv-20636-DPG<br><br>**DECLARATION OF KERIM ERAVCI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

I, Kerim Eravci, declare as follows:

1. I am over the age of 18, have personal knowledge of all matters stated herein, and am in all respects competent to make this declaration.

2. I am a named defendant in the above-captioned lawsuit along with Peachly, LLC, for which I am the sole member and the manager. I submit this declaration in support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

3. I am a citizen of the State of Arizona, Maricopa County, where I have lived for the past 14+ years. I have never lived in the State of Florida, and I do not own any property in Florida.

4. Peachly, LLC ("Peachly") is a Nevada limited liability company, whose sole member is a citizen of the State of Arizona.

5. Peachly operates a website at <peachly.com>, an online platform on which artists, entertainers, and influencers can create, host, and market original content as well as engage and interact directly with consumers.

6. The website is still in its beta testing phase and has earned no revenue to date.

7. I conceived of the idea to create Peachly in early 2020.

8. Prior to receiving Plaintiff's demand letter dated December 9, 2020, I had never heard of either of the Plaintiffs and had no reason to know they operated in the state of Florida.

9. I acquired the domain name <peachly.com> on July 18, 2020. **Exhibit A**.

10. Peachly launched a live working website for Beta testers on August 25, 2020.

11. Peachly, LLC was formed on September 11, 2020.

12. Peachly acquired the domain name <joinpeachly.com> on October 9, 2020 to serve as a separate marketing platform for the Peachly site.

13. Peachly operates from the State of Arizona, and all of its agents and assets are located in the State of Arizona.

14. Peachly is not authorized to do business in the State of Florida.

15. Peachly does not have an agent for service of process in the State of Florida.

16. Peachly does not own any real or personal property in the State of Florida, and it maintains no offices in the State of Florida.

17. Peachly has no bank accounts or employees in Florida.

18. Peachly does not have a mailing address, telephone line, or post office box within the State of Florida.

19. Peachly has never filed tax returns in Florida, and it does not pay Florida income or property taxes.

20. Peachly stores no data and neither owns nor leases equipment in the State of Florida.

21. Peachly does not conduct any business in the State of Florida and has entered no contracts in or to be performed in the State.

22. Neither I nor anyone on behalf of Peachly has traveled to Florida to conduct any business related to Peachly.

23. Peachly has not targeted Florida residents with any marketing.

24. Peachly has derived no income from Florida residents.

25. Peachly's websites are accessible in Florida to the same extent they are accessible anywhere in the world.

26. As of March 26, 2021, Peachly.com is still in the beta testing phase, and has not yet accepted any actual clients other than beta testers. At this point, the entries into the user account have been from developers, beta testers and usually consist of random characters inputted by the developers and beta testers and not actual user data. The database gets filled up with random, meaningless data. So it gets deleted before the product goes into actual launch. Therefore, we do not yet have a customer database.

27. None of our developers or beta testers reside in Florida.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 26th day of March, 2021.

_____
Kerim Eravci

# Exhibit A

☆ **Brandpa**   📁 Inbox - Modulas Global   July 18, 2020 at 9:56

Your purchase of peachly.com - action required

To: Kerim Eravci,

Reply-To: Brandpa

Hello Kerim Eravci,

Thank you for your purchase of peachly.com for $8,004.00. You agreed to pay by instalments, and have just paid the first one of $667.00.

When all of your payments are complete, we will transfer ownership of the domain to you.

We need you to do the following:

1. Tell us your phone number
2. Tell us your DNS settings

**Complete these actions now**

This is an automated email, please do not reply to it. If you need help, press the button above and click **Ask Brandpa for help**.

---

The Brandpa Team

Follow us on Twitter and Facebook

Brandpa Ltd.
Phone (UK): 0115 888 0806
Phone (international): +44115 888 0806
Sadler Bridge Studios, Bold Lane, Derby, DE1 3NT, United Kingdom.
Company no: 08822478. VAT no: 177640777