UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.1:21-cv-20636-DPG

PEACH.COM, LLC,
a Delaware Limited Liability Company, and
LEVINSON MANAGEMENT GROUP, LLC,
a Florida Limited Liability Company

        Plaintiffs,

vs.

PEACHLY, LLC,
a Nevada Limited Liability Company, and
KERIM ERAVCI, an Individual.

        Defendants.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

Plaintiffs Peach.com, LLC ("Peach.com") and Levinson Management Group, LLC ("Levinson"), pursuant to this Court's March 27, 2021, Order (Doc No. 12), identify the following interested parties, including persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, affiliates, parent corporations and other identifiable legal entities related to Plaintiffs:

1. Levinson Management Group, LLC, Co-Plaintiff

2. Peach.com, LLC, Co-Plaintiff

3. Peach.com Manager, LLC, Manager of Peach.com LLC

4. Mark Bryn, corporate counsel for Plaintiffs

5. Jason Fischer, trademark counsel for Plaintiffs

6. Jordan Levinson, executive of Plaintiffs

7. Bayside Support Services, LLC, affiliate of Peach.com LLC

8. Bryan Lipscomb, executive of Peach.com, LLC

9.   Nojo Enterprises, LLC, digital design and programming for Peach.com, LLC

10.  Philip Gatt, executive of Peach.com, LLC

11.  Alex Nordlinger, Co-owner of Nojo Enterprises, LLC

12.  Jason Zimmerman, executive of Peach.com, LLC

13.  Steven Ojo, Co-owner of Nojo Enterprises, LLC

14.  Multi Media, LLC, Affiliate of Peach.com, LLC

15.  Robert H. Thornburg, Attorney for Plaintiffs

16.  Melissa Dangond, Attorney for Plaintiffs

17.  Allen, Dyer, Doppelt & Gilchrist, PA

18.  Bryn & Associates, PA.

19.  Fischer Law, P.L

Dated: April 29, 2021

*/s/ Robert H. Thornburg*
Robert Thornburg
Florida Bar No. 630829
E-Mail: rthornburg@allendyer.com
Melissa Dangond
Florida Bar No. 1025285
E-Mail: mdangond@allendyer.com
ALLEN, DYER, DOPPELT
& GILCHRIST, P.A.
1221 Brickell Ave., Suite 2400
Miami, Florida 33131
Telephone: (305) 374-8303
Facsimile: (305) 374-8306

*Counsel for Plaintiffs Peach.com LLC and Levinson Management Group LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 29, 2021, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

| | |
|---|---|
| Mark E. Stein, Esq. | Maria Crimi Speth, Esq. |
| mark@markstein.com | mcs@jaburgwilk.com |
| MARK STEIN LAW | Jaburg & Wilk, P.C. |
| 2999 N.E. 191st Street, Suite 330 | 3200 North Central Avenue |
| Aventura, Florida 33180 | 20th Floor |
| | Phoenix, AZ 85012 |

*/s/ Robert H. Thornburg*
Robert Thornburg