UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.1:21-cv-20636-DPG

PEACH.COM, LLC,
a Delaware Limited Liability Company, and
LEVINSON MANAGEMENT GROUP LLC,
a Florida Limited Liability Company

        Plaintiffs,

vs.

PEACHLY, LLC,
a Nevada Limited Liability Company, and
KERIM ERAVCI, an Individual.

        Defendants.
_____/

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiffs Peach.com, LLC ("Peach.com") and Levinson Management Group, LLC ("Levinson") (collectively "Plaintiffs") and Defendants Peachly, LLC ("Peachly") and Kerim Eravci ("Eravci") (collectively "Defendants") hereby jointly move for entry of the Stipulated Protective Order Governing Dissemination of Confidential Information in the form attached hereto.

Dated: July 7, 2021

| | |
|---|---|
| **/s/ Robert H. Thornburg** | **/s/ Maria Crimi Speth** |
| Robert Thornburg | Maria Crimi Speth |
| Florida Bar No. 630829 | JABURG & WILK, P.C. |
| E-Mail: rthornburg@allendyer.com | *Pro Hac Vice* |
| Alanna Brallier | 3200 N. Central Ave., Suite 2000 |
| Florida Bar No. 1024885 | Phoenix, AZ 85012 |
| E-Mail: abrallier@allendyer.com | mcs@jaburgwilk.com |
| Melissa Dangond | |
| Florida Bar No. 1025285 | **/s/ Mark E. Stein** |
| E-Mail: mdangond@allendyer.com | Florida Bar No. 818666 |
| ALLEN, DYER, DOPPELT | Email: mark@markstein.com |
| & GILCHRIST, P.A. | MARK STEIN LAW |
| 1221 Brickell Ave., Suite 2400 | 2999 N.E. 191st Street, Suite 330 |
| Miami, Florida 33131 | Aventura, Florida 33180 |
| Telephone: (305) 374-8303 | |
| Facsimile: (305) 374-8306 | *Counsel for Peachly, LLC and Kerim Eravci* |

*Counsel for Plaintiffs Peach.com LLC and
Levinson Management Group LLC*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2021, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

| | |
|---|---|
| Mark E. Stein, Esq. | Maria Crimi Speth, Esq. |
| mark@markstein.com | mcs@jaburgwilk.com |
| MARK STEIN LAW | Jaburg & Wilk, P.C. |
| 2999 N.E. 191st Street, Suite 330 | 3200 North Central Avenue |
| Aventura, Florida 33180 | 20th Floor |
| | Phoenix, AZ 85012 |

                                                        **/s/ Robert H. Thornburg**
                                                        Robert Thornburg